IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,      )
                               )
        Plaintiff,             )
                               )
vs.                            )      CRIMINAL NO. 20-CR-30159-SPM
                               )
RICHARD LOWELL JONES,          )
                               )      FILED
        Defendant.             )
                                      NOV 03 2020

**INDICTMENT**

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
BENTON OFFICE

**THE GRAND JURY CHARGES:**

**EMPLOYEE OF LOCAL GOVERNMENT RECEIVING FEDERAL FUNDS SOLICITING A BENEFIT
WITH INTENT TO BE INFLUENCED**

1.      During the calendar year 2018, in St. Clair County, Illinois, within the Southern

District of Illinois, and elsewhere,

**RICHARD LOWELL JONES**

defendant herein, was an agent and employee of the City of Mascoutah which received federal

funds and assistance in excess of $10,000.  **RICHARD LOWELL JONES,** during that period of

time, did corruptly solicit and demand and agree to accept funds from a vendor, intending to be

influenced and rewarded in connection with business and transactions of the City of Mascoutah

and the vendor involving $5,000 or more.

2.      **RICHARD LOWELL JONES,** beginning in 2016, worked as the water

treatment manager for the City of Mascoutah and was in charge of all purchase orders on behalf

of the City of Mascoutah for the water and sewer plant.  He had previously been in charge of the

water and sewer plant since 1990 as an employee of a company that subcontracted with the City

of Mascoutah.

1

3.     **RICHARD LOWELL JONES** would and did order chemicals and services from a company for the water and sewer plant.  **JONES** received 10% of the total sales.  From 2016 to 2020, **JONES** ordered approximately $361,917 in chemicals and services from which he received a personal benefit of approximately $36,000.

All in violation of Title 18, United States Code, Section 666(a)(1)(B).

**A TRUE BILL**

Digitally signed by
STEVEN WEINHOEFT
Date: 2020.11.02
10:32:10 -06'00'

STEVEN D. WEINHOEFT
United States Attorney
Southern District of Illinois

NORMAN R. SMITH
Assistant United States Attorney

Recommended bond:  unsecured.

2