IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CRIMINAL NUMBER: 20-CR-30159-SPM |
| | ) |
| RICHARD LOWELL JONES, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION OF FACTS**

Comes now Steven D. Weinhoeft, United States Attorney for the Southern District of Illinois through Norman R. Smith, Assistant U.S. Attorney for this District and herewith enter into the following Stipulation of Facts with the defendant, Richard Lowell Jones, represented by his attorney J. William Lucco, pertaining to the relevant conduct of the defendant within the scope of U.S.S.G. §1B1.3.

1. During the calendar year 2018, in St. Clair County, Illinois, within the Southern District of Illinois, Richard Lowell Jones was an agent and employee of the City of Mascoutah which received federal funds and assistance in excess of $10,000. Richard Lowell Jones during that period of time did corruptly solicit and demand and agree to accept funds from a vendor, intending to be influenced and rewarded in connection with business and transactions of the City of Mascoutah and the vendor involving $5,000 or more.

2. Richard Lowell Jones beginning in 2016 worked as the water treatment manager for the City of Mascoutah and was in charge of all purchase orders on behalf of the City of Mascoutah for the water and sewer plant. He had previously been in charge of the water and sewer plant since 1990 as an employee of a company that subcontracted with the City of Mascoutah.

3.  Richard Lowell Jones ordered chemicals and services from a company for the water and sewer plant. Jones received 10% of the total sales. From 2016 to 2020, Jones ordered approximately $361,917 in chemicals and services from which he received a personal benefit of $27,232.70.

SO STIPULATED:

STEVEN D. WEINHOEFT
United States Attorney

*Richard Lowell Jones*
RICHARD LOWELL JONES
Defendant

*Norman R. Smith*
NORMAN R. SMITH
Assistant United States Attorney

*J. William Lucco*
J. WILLIAM LUCCO
Attorney for Defendant

Date: 2/18/21

Date: 2/19/2021